AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN     DISTRICT OF     CALIFORNIA

UNITED STATES OF AMERICA,
         Plantiff,
    V.

HERNAN SUAREZ-VIDAL,
         Defendant.

**APPEARANCE**

Case Number: 08MJ0704

To the Clerk of this court and all parties of record:

     Enter my appearance as counsel in this case for

     HERNAN SUAREZ-VIDAL

     I certify that I am admitted to practice in this court. PRO HAC VICE.

| | |
|---|---|
| 3/7/2008 | /s/ LINDA LOPEZ |
| Date | Signature |
| | Linda Lopez/ Federal Defenders of SD    177301 |
| | Print Name    Bar Number |
| | 225 Broadway, Suite 900 |
| | Address |
| | San Diego, CA 92101 |
| | City    State    Zip Code |
| | (619) 234-8467    (619) 687-2666 |
| | Phone Number    Fax Number |

## **CERTIFICATE OF SERVICE**

      Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her information and belief, and that a copy of the foregoing document has been served this day upon:

**U S Attorney CR**
Efile.dkt.gc2@usdoj.gov

Dated: March 7, 2008                                           */s/ Linda Lopez*
                                                                                  LINDA LOPEZ
                                                                                  Federal Defenders of San Diego, Inc.
                                                                                  225 Broadway, Suite 900
                                                                                  San Diego, CA 92101-5030
                                                                                  (619) 234-8467 (tel)
                                                                                  (619) 687-2666 (fax)
                                                                                  e-mail: Linda_Lopez@fd.org